**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 09-2140**

―――――――――

W. WALKER WARE, IV,

        Plaintiff - Appellant,

    v.

JAMES CITY COUNTY, VIRGINIA; E. JAMES, Officer; MILLER, Officer; STEN, Senior Officer; MCMICHAEL, Sergeant,

        Defendants – Appellees,

R. MICHAEL AMYX,

        Movant – Appellee,

    v.

P. STEVEN CRAIG; VIRGINIA MUNICIPAL LEAGUE,

        Movants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, District Judge. (4:08-cv-00008-MSD-TEM)

―――――――――

Submitted: April 19, 2010        Decided: June 2, 2010

―――――――――

Before TRAXLER, Chief Judge, SHEDD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

James D. Higginbottom, KEVIN P. SHEA & ASSOCIATES, Hampton, Virginia, for Appellant. Jeremy D. Capps, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

W. Walker Ware, IV, appeals the district court's order granting summary judgment to the Defendants on Ware's action under 42 U.S.C. § 1983 (2006) and Virginia common law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ware v. James City County, Va., No. 4:08-cv-00008-MSD-TEM (E.D. Va. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED